S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION,
SUCCESSOR BY MERGER TO LASALLE BANK NA
AS TRUSTEE FOR WAMU MORTGAGE PASS-
THROUGH CERTIFICATES SERIES 2007-OA5
TRUST, erroneously sued as BANK OF AMERICA,
NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARAM KAYWANFAR; REBECCA KAYWANFAR; AND PRINCE SONG CAMBILARGIU, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION, AND "ALL PERSONS OR ENTITIES CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THIS COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD UPON PLAINTIFF'S TITLE THERETO"; AND DOES 1-10, INCLUSIVE, <br><br> Defendants. | CASE NO.: :13-CV-02134-R-CW <br><br> JUDGE: Hon. Manuel Real <br><br> [~~PROPOSED~~] JUDGMENT <br><br> DATE: June 3, 2013 <br> TIME: 10:00 a.m. <br> CTRM: "8" <br><br> ACTION FILED: March 25, 2013 |

On June 3, 2013, the Court having granted the Motion of defendant Bank of America, National Association, successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-through Certificates Series 2007-OA5 Trust ("BofA" or

3564036.2 -- AL109.3173

"Defendant"), erroneously sued as Bank of America, National Association, for an order dismissing the complaint of plaintiffs Shahram Kaywanfar ("S. Kaywanfar"), Rebecca Kaywanfar ("R. Kaywanfar"), and Prince Song Cambilargiu ("Cambilargui," and collectively "Plaintiffs") without leave to amend:

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. The Complaint of Plaintiffs is dismissed with prejudice in its entirety as to Defendant.

2. Judgment is entered in favor of Defendant. Plaintiffs shall take nothing against Defendant in the above-captioned action.

3. Defendant shall recover from Plaintiffs the costs of suit relating to the Complaint. Defendant, as the prevailing party, is allowed to file a Bill of Costs.

DATED: June 12, 2013         By: _____

The Honorable Manuel Real
Judge, United States District Court